1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

| Cary VanDerMeulen, | NO. CV-17-03828-PHX-JAT (DMF) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Charles L Ryan, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed October 12, 2018, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice for failure to state a claim. This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

                                            Brian D. Karth
                                            District Court Executive/Clerk of Court

October 12, 2018

                                            s/ Ginelle Puraty
                                        By  Deputy Clerk